FRED R. SHAMPANORE, PLAINTIFF-PETITIONER, v. GARDEN STATE ROOFING CO., INC., DEFENDANT-RESPONDENT.

Mr. *Franklin W. Kielb* for the petitioner.

Mr. *Arthur S. Mott, Jr.,* for the respondent.

May 28, 1962. Denied.

ROY H. HEWETT, PETITIONER-RESPONDENT, v. STANDARD CONCRETE BLOCK & SUPPLY CO., RESPONDENT-PETITIONER.

Mr. *James J. Carroll* for the petitioner.

Mr. *Leslie S. Kohn* for the respondent.

May 28, 1962. Granted.